IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- x
IN RE: ASBESTOS PRODUCTS            :
LIABILITY LITIGATION (NO. VI)       :       CIVIL ACTION NO. MDL 875
---------------------------------------------------------------- x
This Document Relates To:           :
---------------------------------------------------------------- x
                                    :       FILED
Cases Identified on Exhibit A       :
                                    :       JUN 1 1 2012
                                    :
---------------------------------------------------------------- x       MICHAEL E. KUNZ, Clerk
                                            By_____Dep. Clerk

O R D E R

AND NOW, this 8th day of June 2012, upon Plaintiffs and Defendant Owens-Illinois, Inc.'s Stipulation of Dismissal, it is hereby **ORDERED** that Defendant Owens-Illinois, Inc. is dismissed without prejudice each party to bear its own costs.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------ x
IN RE: ASBESTOS PRODUCTS                               :
LIABILITY LITIGATION (NO. VI)                          :     CIVIL ACTION NO. MDL 875
------------------------------------------------------ x
This Document Relates To:                              :
------------------------------------------------------ x
                                                       :
Cases Identified on Exhibit A                          :
                                                       :
------------------------------------------------------ x
```

## STIPULATION OF DISMISSAL

Plaintiffs and Defendant Owens-Illinois, Inc., pursuant to Federal Rule of Civil Procedure 41(a), stipulate and agree that Defendant Owens-Illinois, Inc. shall be dismissed without prejudice each party to bear its own costs and request that the proposed order be entered without further notice.

Respectfully submitted,

/s/ Michael P. Cascino
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com

*Attorney for Plaintiffs*

Respectfully submitted,

/s/ Edward Casmere (with permission)
Edward Casmere
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois 60606
(312) 258-5500
ecasmere@schiffhardin.com

*Attorney for Defendant Owens-Illinois, Inc.*

# EXHIBIT A

| Last | First | EDPA No. |
|---|---|---|
| Alfter | Harold | 09-CV-60501 |
| Amos | Excell | 08-CV-89998 |
| Andris | Arthur | 10-CV-67885 |
| Bergner | Charles | 08-CV-90956 |
| Bieganski | Ronald | 09-CV-60498 |
| Black | Robert | 09-CV-64627 |
| Blackwell | Clifford | 08-CV-91234 |
| Boettcher | Henry | 09-CV-60318 |
| Bond | Joseph | 10-CV-61417 |
| Breternitz | Richard | 08-CV-90127 |
| Brown | High | 10-CV-67650 |
| Campbell | Elmer | 10-CV-61341 |
| Caturia | Frederick | 09-CV-60271 |
| Center | Clayton | 08-CV-89864 |
| Curlee | James | 08-CV-89452 |
| Earl | Darnell | 08-CV-91055 |
| Evers | Orville | 10-CV-67806 |
| Fieck | Emil | 08-CV-90162 |
| Fisher | Stanley | 08-CV-91197 |
| Fry | George | 08-CV-89448 |
| Gambill | Joe | 08-CV-91231 |
| Gilkey | Haydon | 08-CV-91088 |
| Gosz | Clarence | 10-CV-67808 |
| Gresham | Robert | 08-CV-91085 |
| Haffner | Robert | 08-CV-89863 |
| Harnisch | Henry | 09-CV-92208 |
| Hass | Laverne | 09-CV-60298 |
| Hass | Laverne | 09-CV-60267 |
| Heinrich | John | 09-CV-60513 |
| Hernandez | Alfred | 08-CV-91182 |
| Hoffman | Richard | 09-CV-60510 |
| Holme | Darrell | 08-CV-91090 |
| Holmes | Julius | 08-CV-90064 |
| Hruska | Paul | 09-CV-60482 |
| Jackson | Lawrence | 08-CV-90934 |
| Jackson | William | 08-CV-89333 |
| Jakubowski | Florian | 10-CV-67831 |

| Last | First | EDPA No. |
|---|---|---|
| Jordan | Doyle | 10-CV-67786 |
| Kemper | Jack | 08-CV-89498 |
| King | John | 10-CV-67665 |
| Kirk | Delbert | 08-CV-89494 |
| Koch | Leo | 08-CV-90011 |
| Kowalewski | Walter | 11-CV-64039 |
| Kraus | Robert | 10-CV-61338 |
| Krejcarek | Melvin | 10-CV-67789 |
| Krueger | Glenn | 12-CV-60020 |
| Le Pine | Francis | 10-CV-67810 |
| Leggett | John | 10-CV-67846 |
| Lerma | Alfonso | 08-CV-91410 |
| Maio | Tony | 09-CV-60465 |
| Mann | Clyde | 09-CV-61844 |
| McCurdy | James | 09-CV-64682 |
| Mea | William | 08-CV-89983 |
| Miller | Victor | 09-CV-60519 |
| Monday | Anthony | 10-CV-67856 |
| Mosley | John | 08-CV-91178 |
| Murphy | William | 08-CV-90927 |
| Mutschler | Richard | 10-CV-61339 |
| Myres | Paul | 10-CV-67730 |
| O'Brien | Harold | 08-CV-90933 |
| Pehlke | Frank | 12-CV-60049 |
| Pfile | James | 10-CV-67815 |
| Piniak | Joseph | 10-CV-67636 |
| Plaster | Millard | 10-CV-67781 |
| Pulido | Alfonso | 10-CV-67680 |
| Putt | Charles | 08-CV-89447 |
| Regner | James | 10-CV-67800 |
| Reich | Ronald | 09-CV-60523 |
| Richardson | David | 08-CV-91027 |
| Riley | Herman | 09-CV-64702 |
| Risse | Loren | 10-CV-67857 |
| Rorer | Theodore | 08-CV-91155 |
| Salaz | Michael | 08-CV-91329 |
| Sasveld | John | 08-CV-91307 |

| Last | First | EDPA No. |
|---|---|---|
| Scanlon | Daniel | 08-CV-89811 |
| Schibline | Michael | 10-CV-67756 |
| Schmidt | Donald | 08-CV-90063 |
| Schultz | William | 10-CV-67862 |
| Schulze | Ronald | 09-CV-60516 |
| Sienko | Ronald | 09-CV-60481 |
| Simunich | Peter | 08-CV-90115 |
| Sjaaheim | Kenneth | 08-CV-91017 |
| Smith | Albert | 10-CV-67651 |
| Spurlock | Lloyd | 10-CV-67697 |
| Stephens | John | 09-CV-64733 |
| Stump | Sam | 08-CV-89351 |
| Suhaysik | Raymond | 10-CV-61865 |
| Suver | James | 08-CV-89352 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Voigt | Chester | 10-CV-67792 |
| Voiles | Carroll | 08-CV-88686 |
| Wagner | Edward | 10-CV-67704 |
| Wallace | Walter | 08-CV-91263 |
| Washington | Gardline | 08-CV-90218 |
| Weaver | Henry | 08-CV-91304 |
| Weeks | John | 08-CV-91184 |
| Williams | Ernest | 08-CV-91062 |
| Winters | Eddie | 08-CV-91238 |
| Woldt | Lowell | 09-CV-60461 |
| Wood | Lawrence | 09-CV-60535 |
| Zunker | Emil | 10-CV-67894 |